August 27, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

## EX PARTE BRETT SCOTT

## NO. 14-14-00930-CV

_____

This cause, an appeal from the judgment signed October 22, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Brett Scott, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.